United States Bankruptcy Court
for the
District of Massachusetts

Case No. 11-14684-JNF

Chapter 7

Re: Robert A. Najarian

110 Riverview Lane, Centerville MA 02632
Barnstable County   Book 19936, Page 242


Stephen & Denise Fitzpatrick

Agree to pay $330,000.00 and Agree to similar terms and conditions provided in the motion to Approve Sale and the purchase and sale agreement, other than the purchase price, with any material variations expressly disclosed.

_Stephen Fitzpatrick_     _Denise Fitzpatrick_
Stephen Fitzpatrick        Denise Fitzpatrick

US BANKRUPTCY COURT
2016 MAR 29 AM 11 48

