# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Robert A. Najarian                    Case Number:  11-14684           Ch:  7

**MOVANT/APPLICANT/PARTIES:**

#199 Motion of Chapter 7 Trustee for Authority to Sell 110 Riverview Lane, Centerville, MA (Daniel Kostrzewa)
#202 Counteroffer of Denise A. Fitzpatrick, Stephen Fitzpatrick
(Objections/Higher Offers due by 3/30/2016)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#199 __DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  The Court accepted final sealed bids in open Court by the interested parties.  The successful bid was submitted by Kirill and Irina Jacobson in the amount of $405,000.  The bid submitted by Denise and Stephen Fitzpatrick was in the amount of $345,002.  If the Jacobsons are unable to timely close, the Court authorizes the Fitzpatricks to close on the subject property.

IT IS SO NOTED:                              IT IS SO ORDERED:

_____                        _____  Dated: 03/31/2016
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge